FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT BROMPS,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | No. 2:23-CV-00008-SAB<br><br>**ORDER DISMISSING ACTION** |

    Before the Court is Plaintiff's Stipulated Motion to Dismiss his Federal Claims and Remove the State Law Claims, ECF No. 11. Plaintiff is represented by Beth Bollinger and William Gilbert. Defendant is represented by R. Reese Sterett. The motion was heard without oral argument.

    On January 9, 2023, Plaintiff filed his Complaint, ECF No. 1, in the Eastern District of Washington asserting jurisdiction under 28 U.S.C. § 1331. He claimed federal violations of Title VII of the Civil Rights Act, 42 U.S.C. 2000(e) *et. Seq.*; the Equal Pay Act, 29 U.S.C. § 206(d); the Family and Medical Leave Act of 1993, 29 U.S.C. § 2601; and the Americans with Disabilities Act (ADA) 42 U.S.C. § 12101 *et. Seq.*, and as amended. He also claimed several state law claims under the Court's supplemental jurisdiction, 28 U.S.C. § 1367.

    Plaintiff now asks the Court to dismiss his federal claims and release its discretionary jurisdiction of the remaining state law claims so he may pursue

**ORDER DISMISSING ACTION \* 1**

these claims in state court.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Stipulated Motion to Dismiss All Federal Claims, ECF No. 11, is **GRANTED**. The claims asserting violations of Title VII of the Civil Rights Act, the Equal Pay Act, the Family and Medical Leave Act, and the Americans with Disabilities Act are dismissed **with prejudice**. The remaining state law claims are dismissed without prejudice.

2. The above-captioned action is **DISMISSED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 22nd day of September 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION * 2**